IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOB KRIST, <br>           Plaintiff, <br> v. <br> SCHOLASTIC, INC., <br>           Defendant. | CIVIL ACTION NO. 16-6251 |

## ORDER

**AND NOW**, this 30th day of May 2017, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim Or, in the Alternative, to Transfer Venue (Doc. No. 9), the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

Defendant shall answer Plaintiff's complaint no later than **14 days** from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe, J.
CYNTHIA M. RUFE, J.