IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOB KRIST,<br><br>                *Plaintiff,*<br><br>  v.<br><br>SCHOLASTIC, INC.,<br><br>                *Defendant.* | CIVIL ACTION NO. 16-6251 |

## ORDER

**AND NOW**, this 18th day of November 2019, upon consideration of Defendant's Renewed Motion for Summary Judgment [Doc. No. 82], Plaintiff's Renewed Motion for Partial Summary Judgment [Doc. No. 86], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that both motions will be granted in part and denied in part as follows:

    1) Defendant's Motion for Summary Judgment is **GRANTED** as to:

        A) "Uros women on reed island in Lake Titicaca"; and

        B) Any infringements occurring before November 30, 2013, which includes the use of: "Touro Synagogue Altar," "Scarlet Macaw on a Tree Branch," "Memorial to Victims of September 11th Terrorist Attacks," and "Machu Picchu."

2) Plaintiff's Motion for Partial Summary Judgment on the issue of liability is **GRANTED** as to the final 28,996 copies of "Rainforest Landscape" in *Rainforest Homes* and the final 52,900 copies of "Lifeguard on Duty" in *Thunder and Lightning*.

3) Summary judgment is **DENIED** on all other claims.

It is so **ORDERED**.

                                                            **BY THE COURT:**

                                                            **/s/ Cynthia M. Rufe**

                                                             _____

                                                            **CYNTHIA M. RUFE, J.**